Mary Ann Olson, Plaintiff-Appellant, *v.* Jon L. Olson, Defendant-Appellee.

(No. 72-203;

Second District—August 21, 1973.

Opinion by Mr. JUSTICE SEIDENFELD.

Berry & Simmons, of Rockford, for appellant.

Maynard & Brassfield, of Rockford, for appellee.